IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20095
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NORMAN ESTUPIAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-193-2
- - - - - - - - - -
October 20, 1998

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Norman Estupian appeals his sentence after pleading guilty to conspiracy and possession with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1)(A) and 846.  He argues that the district court clearly erred in finding that he did not meet the requirements of U.S.S.G. § 5C1.2(5).  Based on the evidence provided by Agent Hanna, the district court's finding that Estupian was not truthful and did not satisfy § 5C1.2(5) was not clearly erroneous.  United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).

_____

[*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.